Bruce M. Franson (10792)
FLICKINGER BOULTON GOOCH & ROBSON
3000 North University Ave. Ste 300
Provo, UT 84604
Telephone: (801) 500-4000
Facsimile: (801) 509-7101
bruce@utahinjurylawyers.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISON

| | |
|---|---|
| MIA SALAS, <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSITY OF UTAH, MADSEN HEALTH CENTER, and MATTHEW WELCH, <br><br> Defendants. | **STIPULATED MOTION TO DISMISS DEFENDANT UNIVERSITY OF UTAH MADSEN HEALTH CENTER WITH PREJUDICE AND ON THE MERITS** <br><br><br> Case No. 2:21-cv-00437-JNP <br> Judge Jill Parrish |

COME NOW, the Parties to this action, by and through counsel undersigned, and jointly Move and Stipulate that Defendant UNIVERSITY OF UTAH, MADSEN HEALTH CENTER be dismissed from this action with prejudice and on the merits. This Motion does not affect the status of Defendant Matthew Welch in his individual capacity.

///

///

///

///

///

Dated June 23, 2023

                                              **FLICKINGER SUTTERFIELD & BOULTON**

                                              /s/ *Bruce M. Franson*
                                              Bruce M. Franson
                                              *Attorneys for Plaintiff*

Dated June 23, 2023

                                              */s/ Michael Dodge*
                                              Michael Dodge
                                              *Attorney for Defendant Univ. of Utah*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23 day of June, 2023, a true and correct copy of the foregoing STIPULATED MOTION, was filed through ECF/Pacer and served upon the following as indicated:

Michael Dodge
Utah Attorney General's Office
PO Box 140856
160 E. 300 S., 6th Floor
Salt Lake City, UT 84114
(801) 366-0100
mdodge@agutah.gov
*Attorney for Defendant-*
*University of Utah Madsen Health Center*

Matthew Charles Welch
3090 S. Connor Street
Salt Lake City, UT 84109
(801) 467-3362

Sent Via:
☒ ECF/Pacer eFiling System
☐ Email to: mdodge@agutah.gov
☒ U.S. Mail (postage prepaid)
☐ Facsimile to:
☐ Personal Delivery

*/s/ Bruce M. Franson*