MICHAEL A. DODGE (11560)
Assistant Utah Attorney General
SEAN D. REYES (7969)
Utah Attorney General
160 East 300 South, 6th Floor
Salt Lake City, UT 84114
Telephone: 801-366-0100
E-mail: mdodge@agutah.gov
*Attorney for Defendant University of Utah Madsen Health Center*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| MIA SALAS, | **NOTICE OF REPRSENTATION** |
|---|---|
| Plaintiff(s), | Case No. 2:21-CV-00437-JNP-DBP |
| v. | Judge Jill N. Parrish |
| UNIVERSITY OF UTAH, MADSEN HEALTH CENTER, and MATTHEW WELCH, | Magistrate Judge Dustin B. Pead |
| Defendant. | |

Pursuant to Judge Jill M. Parrish's request, Michael A. Dodge represents to the Court that the Court's docket system erroneously listed me as the attorney for Defendant Matthew Welch. I do not represent Mr. Welch nor have I at any time during these proceedings. Mr. Welch's mailing address is:

    Matthew Welch
    3190 Imperial Street
    Salt Lake City, UT 84106

DATED: June 26, 2023.

                         OFFICE OF THE UTAH ATTORNEY GENERAL

                         /s/ *Michael A. Dodge*
                         MICHAEL A. DODGE
                         Assistant Utah Attorney General
                         *Attorney for Defendant University of Utah Madsen Health Center*